IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02720-MSK

MARK EVANS,

    Plaintiff,

v.

LIBERTY MUTUAL INSURANCE COMPANY,

    Defendant.

## ORDER REMANDING CASE

THIS MATTER comes before the Court *sua sponte*.

The Plaintiff commenced this action in the Denver District Court on October 21, 2007. In his Complaint, the Plaintiff alleges claims of bad faith breach of insurance contract, violation of the Colorado Consumer Protection Act and outrageous conduct arising in connection with the handling of his claim for workers' compensation benefits. In the Notice of Removal, the Defendant asserts that this Court can exercise jurisdiction based upon diversity pursuant to 28 U.S.C.§ 1332.

In his Complaint, the Plaintiff did not request any particular monetary relief. The Defendant contends that the requisite amount in controversy is established solely by the Plaintiff's election in the mandatory Colorado Civil Cover Sheet stating: "This party is seeking a monetary judgment for more than $100,000 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs[.]"

In accordance with the analysis set forth in *Baker v. Sears Holding Corp.*, 2007 WL

2908434 (D.Colo. 2007) (slip op.) (copy attached hereto), there has been an insufficient showing of the requisite amount in controversy to establish diversity jurisdiction. Accordingly, the action must be remanded to the State Court. *See* 28 U.S.C. § 1447(c).

**IT IS THEREFORE ORDERED** that this action is **REMANDED** to the Denver District Court.

DATED this 3rd day of January, 2008.

BY THE COURT:

Marcia S. Krieger
United States District Judge